# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

DONALD D. GLEN

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:06mj183/MD

**AFPD Kafahni Nkrumah**
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One, Two and Three of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 322.03(5) | Driving with an expired license for more than 4 months | 4/21/06 | One |
| 18 U.S.C. §§ 7 & 13 and FSS 322.34(2) | Driving with Suspended License With Knowledge | 4/21/06 | Two |
| 32 C.F.R. § 210 and FSS 324.022 | Driving a Motor Vehicle Without Insurance | 4/21/06 | Three |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMA's shall be paid no later than April 18, 2007.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 25.00 | $ 550.00 | $ 0.00 |

Date of Imposition of Sentence - 1/23/07

*Miles Davis*
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 1-24-2007

OFFICE OF CLERK

07 JAN 24 AM 9: 25

FILED